David W. Dow (#007377)
Jennifer L. Levine (#033071)
**DOW LAW OFFICE**
3104 E. Camelback #281
Phoenix, Arizona 85016
Office: 480-776-5039
Fax: 480-945-0553
ddowlaw1@gmail.com
jlevine@ddowlaw.com
*Attorney for the Defendant, Idaho Business Holdings LLC.*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Carmen Electra, an individual; Hillary Hepner, an individual; Jessica Burciaga, an individual; Lucy Pinder, an individual; Melanie Iglasis, an individual;<br><br>           Plaintiffs,<br>  v.<br><br>Idaho Business Holdings, LLC, d/b/a Elite Cabaret, an Arizona Corporation; and Does 1 – 20, inclusive;<br><br>           Defendants. | Case No.:<br><br>State Court No.: CV2018-052188<br><br><br>**Notice of Removal from The State of Arizona Court** |

      Defendant Idaho Business Holdings, LLC d/b/a Elite Cabaret ("Defendant") by and through undersigned counsel and pursuant to U.S.C. §§ 1331, 1332, 1441 and 1446 removes this action, currently pending in the Superior Court of Arizona in Maricopa County, No. CV2018-052188, to the United States District Court of the District of Arizona.

      As grounds for the removal, Defendants state as follows:

      1.  Plaintiffs commenced this action by filing a Complaint in Maricopa County

Superior Court on April 24, 2018.  In accordance with L.R.Civ.P3.6(b), a true and correct copy of the Complaint is attached hereto as Exhibit A and is incorporated by reference.

2.  The Complaint alleges various claims, including but not limited to violations of the Lanham Act, 15 USC §1125, which has federal jurisdiction under 15 USC §1121. Hence, pursuant to 28 USC §§ 1331 and 1125, this Court has original jurisdiction.

3.  In addition, this Court has jurisdiction pursuant to 28 USC §1332 and §1367 as there is complete diversity of citizenship and the amount at issue exceeds $75,000.00.

4.  Defendant was served on May 11, 2018 with the Summons and Complaint through its statutory agent.

5.  In compliance with the requirements in 28 USC §1446(b)(1), this Notice of Removal is timely, having been filed within thirty (30) days of service.

6.  There is only one named Defendant, who seeks the removal.

7.  Venue is proper.  Maricopa County Superior Court is located within the United States District Court for the District of Arizona.

8.  Undersigned counsel verifies that all documents attached are true and correct copies of all pleadings and any other documents filed in the Maricopa County Superior Court and/or served on Defendants.  These include the Complaint (Exhibit 1), the Summons (Exhibit 2), the Certificate of Compulsory

Arbitration (Exhibit 3), and the Notice of Filing Notice of Removal (Exhibit 4) and the docket (Exhibit 5).

9. Undersigned verifies and signs this document pursuant to Rule 11, Federal Rules of Civil Procedure.

Defendant has provided the notice of this removal as required by 28 USC §1446(d) and Rule 3.6 of the Rules of Practice in the United States District Court for the District of Arizona to the Plaintiff and to the Clerk of the Maricopa County Superior Court.

RESPECTFULLY SUBMITTED this 25th day of May, 2018.

By:     /s/ David W. Dow
        David W. Dow
        DOW LAW OFFICE
        3104 E. Camelback Rd. #281
        Phoenix, Arizona 85016
        *Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 25, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing. I further certify that on May 25, 2018, I served the attached document via the CM/EFC System and mail on the following parties:

Richard P. Traulsen
11201 North Tatum Blvd Suite 110
Phoenix, Arizona 85028 Attorneys for the Plaintiff

NOTICE OF REMOVAL FROM THE STATE OF ARIZONA COURT - 3

Raymond P. Boucher and Brian M. Bush
21600 Oxnard St. Suite 600
Woodland Hills, CA 91367
Attorneys for Plaintiff * pro hac vice in Arizona


By:   /s/ David W. Dow

NOTICE OF REMOVAL FROM THE STATE OF ARIZONA COURT - 4