#### DISTRICT JUDGE'S CIVIL MINUTES
#### IN THE UNITED STATES DISTRICT COURT
#### DISTRICT OF ARIZONA – PHOENIX

**U.S. District Judge:** Susan R. Bolton  **Date:** June 21, 2021

**Case Number:** CV-18-01604-PHX-SRB

**Electra, et al. v. Idaho Business Holdings LLC, et al.**

| APPEARANCES: | Amy Marie Hoffman | Erik John Stone |
|---|---|---|
| | Plaintiff(s) Counsel | Defense Counsel |

**JURY TRIAL**

This is the time set for Jury Trial. Counsel are present. Jury panel is not present in the courtroom but 23 prospective jurors have appeared for trial. Counsel for Plaintiffs sent an email on June 19, 2021, at 11:13 a.m. to chamber's mailbox advising the Court that the case was settled and enquired if a notice of settlement should be filed. As of this date nothing has been filed to confirm a settlement. The Court directed counsel to be present in the courtroom at the time set for trial. The Court advises that counsel can either stipulate to dismiss this case with prejudice or counsel can orally place the parties' settlement agreement on the record. Discussion held. Upon oral stipulation of counsel that this case can be dismissed with prejudice, IT IS ORDERED granting said stipulation and dismissing this case with prejudice. Each party shall bear its own attorneys' fees and costs.

At the Pretrial Conference held on June 10, 2021, the Court set a deadline of **Noon, June 18, 2021**, by which counsel were to advise the Court if a settlement of the case was reached in order to cancel the jury and avoid the Court incurring the payment to the summonsed jurors for one day of service. The Court advised that if a settlement was reached after the time, the jurors would appear on June 21and the Court would assess the jury fees to be paid 50% by each side. Counsel not having advised the Court by said deadline and the summonsed jurors having appeared, IT IS ORDERED that each side is assessed 50% of the jury fees. The total amount of jury fees will be included in this minute entry after it has been obtained by the Jury Administrator. IT IS FURTHER ORDERED that Plaintiffs' counsel and Defendant's counsel shall pay their portion of the fees within 30 days of this date. If the fees are not paid in 30 days, the Court will enter judgment against the law firm(s) which failed to timely pay the jury fees.

**LATER:** The Court having been advised the total amount of jury fees is $1,738.02, IT IS ORDERED that each side is assessed $869.01 and shall pay that amount to the Clerk of the District Court, Finance Department, within 30 days of the date of this Order.

Deputy Clerk: Maureen Williams
Court Reporter: Hilda Lopez                                                          **Start: 9:00 AM**
                                                                                      **Stop: 9:07 AM**

Cc: Finance / Betsy Tait (Jury Administrator)